UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALACHI ANTHONY RILEY,<br><br>  Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>  Defendants. | Case No. 2:14-cv-00462-KJM-AC<br><br><br>ORDER GRANTING REQUEST TO SEAL |

The request by moving parties Steven L. Zelig and Brentwood Legal Services, LLP in support of their motion to withdraw, having been considered and good cause appearing, is GRANTED. The unredacted versions of the Supplemental Declaration of Steven L. Zelig, (dated November 14, 2014) and the Supplemental Declaration of Alan Shewell (dated November 14, 2014) are sealed in order to protect attorney-client privileged information. These declarations will not be available for public inspection in person, nor will they be accessible to the public on the court's Electronic Case File. The Notice of Request to Seal and the accompanying redacted documents remain unsealed as previously filed.

IT IS SO ORDERED.

DATED: November 20, 2014.

_____
UNITED STATES DISTRICT JUDGE