UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALACHI ANTHONY RILEY, | No. 2:14-cv-00462-KJM-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

This case is before the undersigned pursuant to Local Rule 302(c)(21). Defendants removed this matter from Sacramento Superior Court on February 12, 2014. ECF No. 1. On August 11, 2014, defendants filed a notice of settlement that stated dispositional documents would be filed within forty-five (45) days. ECF No. 20. However, on September 26, 2014, plaintiff's attorney filed a motion to withdraw. ECF No. 23. The court granted that motion on January 6, 2015. ECF No. 37. On January 30, 2015, plaintiff (now proceeding in pro per) filed a letter disavowing his former counsel's representation that he had agreed to a settlement. ECF No. 38. Plaintiff stated that he had no objections to his former attorney's withdrawal. Id.

On February 5, 2015, following referral from the district judge, the undersigned set an initial scheduling conference for March 11, 2015. ECF No. 39. On March 3, 2015, defendants filed a status report claiming that they mailed a copy to plaintiff requesting that he either (1) sign and return the report if he approved of it; or (2) contact counsel's office if he had questions or

1

1  wanted to make changes.  ECF No. 40 at 2.  Plaintiff never responded to defendants' letter,
2  despite being informed of the filing deadline for status reports.  Id.  In addition, plaintiff failed to
3  appear at the court's hearing on March 11, 2015.  John Lavra appeared on behalf of defendants.
4  Under Local Rule 230(i), a failure to appear may result in the imposition of sanctions absent a
5  notice of intent to submit on the briefs.
6       Pro se litigants must follow the same rules of procedure that govern other litigants.
7  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995), cert. denied, 516 U.S. 838 (1995).  This means
8  that parties appearing in pro per must follow the Federal Rules of Civil Procedure and the Local
9  Rules of this court.  Id.; see also Local Rule 183.  Moreover, "all litigants, including pro ses, have
10  an obligation to comply with court orders."  McDonald v. Head Criminal Court Supervisor
11  Officer, 850 F.2d 121, 124 (2d Cir.1988).
12       Accordingly, good cause appearing, IT IS HEREBY ORDERED that
13       1.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, within fourteen (14) days of
14  this order, why this action should not be dismissed for lack of prosecution pursuant to Fed. R.
15  Civ. P. 41(b) and E.D. Cal. R. 110.
16       2.  Plaintiff's failure to comply with this order will result in a recommendation that this
17  action be dismissed for lack of prosecution.
18  DATED: March 11, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE