UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALACHI ANTHONY RILEY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:14-cv-00462-KJM-AC<br><br><br><br>ORDER TO SHOW CAUSE |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On August 5, 2015, defendants filed a motion for summary judgment noticed for hearing in front of the undersigned on September 16, 2015. ECF No. 55. Plaintiff failed to file a timely opposition. Accordingly, on September 11, 2015, the court issued a minute order continuing the hearing to October 14, 2015, and warning plaintiff that a second failure to file an opposition would result in an order to show cause for failure to prosecute. Plaintiff has again failed to file an opposition to defendants' motion for summary judgment.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

2. The court's October 14, 2015, hearing is VACATED.

DATED: October 9, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE